# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
OCT 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St,
Brooksville, Fl. 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Joseph M. Mason
101 S Main St,
Brooksville, Fl 34607

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S pro se (name and address)

Jacob-Franz: Dyck (Trustee) and Kim C. Perry at
8092 Mary's Fish Camp Rd,
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |
| NAME OF SERVER (PRINT) Morris L Tate | TITLE Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by US Certified Mail # 2007 0710 0003 0953 3577

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07         _Morris L Tate_
             Date              Signature of Server

8092 Mary's Fishcamp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim - Clayton; Perry
et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main
Brooksville, Fl 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Albert C. Gray,
300 South Main
Brooksville, Fl 34601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Jacob-Franz; Dyck (Trustee)    ~~Jacob Franz Dyck~~
8092 Mary's Fish Camp          Kim C Perry
Weeki Wachee, Fl 34607         8092 Mary's Fish Camp
                               Weeki Wachee Fl. 34607

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT - 4 2007
CLERK                                       DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by US Certified Mail # 7007 0710 0003 0953 4901

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07          *Morris L Tate*
            Date                Signature of Server

            8092 Marys Fish Camp Rd
            Weeki Wachee Fl 34607
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St.
Brooksville, Fl. 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

CASE N

TO: (Name and address of Defendant)

Goth C. Coller
20 N Main St, suit 462
Brooksville, Fl.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~~~~~ (name and address)

Jacob-Franz: Dyck (Trustee) and Kim & Perry at
8092 Mary's Fish Camp Rd.
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      OCT - 4 2007
_____              _____
CLERK                                         DATE

(By) DEPUTY CLERK

Received
Mail Room
OCT 1 ? 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |
| NAME OF SERVER (PRINT)  Morris L Tate | TITLE  Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Copy was sent by US Certified Mail
# 7007 0710 0003 8953 ~~____~~ no 4918

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07          _Morris L Tate_
                Date                  Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St.
Brooksville, Fl. 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

CASE NU[MBER]

TO: (Name and address of Defendant)

Christopher Kingley 1ST
20 N Main St, Suite 462
Brooksville, Fl. 34601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~yes SE~~ (name and address)

Jacob-Franz Dyck (Trustee) and Kim C. Perry at
8092 Mary's Fish Camp Rd,
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DATE: OCT - 4 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |
| NAME OF SERVER *(PRINT)* Morris L Tate | TITLE Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by U.S. Certified Mail # 7007 0710 0003 0983 3584

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07          Morris L Tate
              Date              Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee FL 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St,
Brooksville, Fl. 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Dave Russell, Jr.
20 N Main St. Suite 462
Brooksville, Fl. 462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Jacob-Franz Dyck (Trustee) and Kim C. Perry at
8092 Mary's Fish Camp Rd,
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within **30** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |
| NAME OF SERVER (PRINT) Morris L Tate | TITLE Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by US Certified Mail # 7005 0710 0003 0951 3607

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07                  *Morris L Tate*
              Date                        Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St.
Brooksville, Fl. 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Dianne Rowden
20 N Main St. Suite 462
Brooksville, Fl. 34601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Jacob-Franz Dyck (Trustee) and Kim C. Perry at
8092 Mary's Fish Camp Rd.
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 2001) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/15/07 |
| NAME OF SERVER (PRINT) Morris L Tate | TITLE Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by US certified mail # 7007 1870 0003 0953 3614

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07         *Morris L Tate*
                 Date              Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St.
Brooksville, Fl. 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

CASE

TO: (Name and address of Defendant)

Rose Rocco
20 N Main St Suite 462
Brooksville, Fl. 34601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Jacob-Franz Dyck (Trustee) and Kim G. Perry at
8092 Mary's Fish Camp Rd,
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        OCT - 4 2007
_____              _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by US certified mail # 7007 0710 0003 0953 3621

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07        *(signature)*
             Date         Signature of Server

8092 Mary's Fish Camp R
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St,
Brooksville, Fl. 34601    CASE 1

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Jeff Stabins
20 N Main St, Suit 462
Brooksville, Fl. 34601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

Jacob-Franz Dyck (Trustee) and Kim C. Perry at
8092 Mary's Fish Camp Rd,
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

OCT - 4 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/15/07 |
| NAME OF SERVER (PRINT) Morris L Tate | TITLE Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Copy was sent by US Certified Mail #7005 0710 0003 0453 3645

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07
            Date

Signature of Server: Morris L Tate

Address of Server: 8092 Mary's Fishcamp Rd
Weeki Wachee Fl 34607

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St.
Brooksville, Fl. 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

CASE N

TO: (Name and address of Defendant)

Gary Fisher
789 Providence Rd.
Brooksville, Fl. 34601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PROSE (name and address)

Jacob-Franz§ Dyck (Trustee) + Kim C. Perry at
8092 Mary's Fish Camp Rd.
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT - 4 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MORRIS L TATE | Ret |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy WAS SeNT by US certified MAil #7007 0710 0003 0953 4884

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07
          Date

Signature of Server

8092 MARy's Fish Camp Rd
Weeki WAchee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kim-Clayton; Perry et al
8092 Mary's Fish Camp Rd
Weeki Wachee, Fl. 34607

V.

Albert C. Gray et al
300 South Main St.
Brooksville, Fl. 34601

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01795
Assigned To : Huvelle, Ellen S.
Assign. Date : 10/4/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Susan E. Lingard
1701 SW 16 Ave, Bld. B
Gainesville, Fl. 32608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

Jacob-Franz Dyck (Trustee) + Kim C Perry at
8092 Mary's Fish Camp Rd,
Weeki Wachee, Fl. 34607

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                OCT - 4 2007
CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Morris L Tate | Ret |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Copy was sent by US certified mail #7007 0710 0003 0953 4895

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07     *Morris L Tate*
              Date        Signature of Server

8092 Mary's Fish Camp Rd
Weeki Wachee Fl 34607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.